

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** |
| v. | : | **DATE FILED:** _____ |
| **ALBI FURXHIU** | : | **VIOLATIONS:** |
| | | **18 U.S.C. § 1951(a) (robbery which** |
| | : | **interferes with interstate commerce – 2** |
| | | **counts)** |
| | : | **18 U.S.C. § 2113(d) (armed bank robbery – 1** |
| | | **count)** |
| | : | **18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying,** |
| | | **and brandishing a firearm during and in** |
| | : | **relation to a crime of violence – 2 counts)** |
| | | **Notices of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. The Sunoco gas station, located at 59 E. Oregon Avenue, Philadelphia,

Pennsylvania, was a business engaged in and affecting interstate commerce, by providing

customers with goods and services produced, purchase, and transported from other states to

Pennsylvania.

2. On or about March 5, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### ALBI FURXHIU

obstructed, delayed, and affected commerce and the movement of articles and commodities in

commerce, and attempted to do so, by robbery, in that defendant FURXHIU unlawfully took and

obtained approximately $4,000 in United States currency belonging to the Sunoco gas station,

located at 59 E. Oregon Avenue, Philadelphia, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a firearm at the employee, demanding money, and stealing approximately $4,000.

In violation of Title 18, United States Code, Section 1951(a).

## <u>COUNT TWO</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 5, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**ALBI FURXHIU**

knowingly used and carried, a firearm, that is, a FNH FNP-45, .45 caliber semiautomatic pistol

bearing serial number 61DZM04305, during and in relation to a crime of violence for which he

may be prosecuted in a court of the United States, that is, robbery which interferes with interstate

commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count

One of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1.      The 7-11 store, located at 2101 S. 10th Street, Philadelphia, Pennsylvania, was a business engaged in and affecting interstate commerce, by providing customers with goods and services produced, purchase, and transported from other states to Pennsylvania.

2.      On or about March 6, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALBI FURXHiU**

obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, and attempted to do so, by robbery, in that defendant FURXHIU unlawfully took and obtained approximately $2,000 in United States currency, belonging to the 7-11 store located at 2101 S. 10th Street, Philadelphia, Pennsylvania, from an employee of that business, against his will, by means of actual or threatened force, violence, and fear of injury, immediate and future to his person and property, that is, by brandishing a firearm at the employee, demanding money, and stealing approximately $2,000.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 6, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### ALBI FURXHIU

knowingly used and carried, a firearm, that is, a FNH FNP-45, .45 caliber semiautomatic pistol

bearing serial number 61DZM04305, during and in relation to a crime of violence for which he

may be prosecuted in a court of the United States, that is, robbery which interferes with interstate

commerce, in violation of Title 18, United States Code, Section 1951(a), as charged in Count

Three of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 11, 2024, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### ALBI FURXHIU

knowingly and unlawfully, by force and violence, and by intimidation, took from employees of

TD Bank, located 2653 S. 5th Street, Philadelphia, Pennsylvania, lawful currency of the United

States, that is, approximately $1,819, belonging to, and in the care, custody, control,

management, and possession of TD Bank, the deposits of which were insured by the Federal

Deposit Insurance Corporation, and, in so doing, defendant FURXHIU knowingly and

unlawfully assaulted and put in jeopardy the lives of the employees of TD Bank, and other

persons, by use of a dangerous weapon, that is, a firearm.

In violation of Title 18, United States Code, Section 2113(d).

## NOTICE OF FORFEITURE NO. 1

**THE GRAND JURY FURTHER CHARGES THAT:**

      1.    As a result of the violations of Title 18, United States Code, Sections 1951(a), 2113(d), and 924(c)(1) set forth in this indictment, defendant

### ALBI FURXHIU

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $7,819.

      2.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

          (a)    cannot be located upon the exercise of due diligence;

          (b)    has been transferred or sold to, or deposited with, a third party;

          (c)    has been placed beyond the jurisdiction of the Court;

          (d)    has been substantially diminished in value; or

          (e)    has been comingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

      All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 1951(a), 2113(d) and 924(c)(1) set forth in this indictment, defendant

### ALBI FURXHIU

shall forfeit to the United States of America, the firearm and ammunition involved in the commission of the offenses, including, but not limited to:

1.   a FNH FNP-45, .45 caliber semiautomatic pistol, bearing serial number 61DZM04305; and

2.   fourteen live rounds of .45 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

### A TRUE BILL:



**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No._ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

ALBI FURXHIU

INDICTMENT

Counts
18 U.S.C. § 1951(a) (robbery which interferes with interstate commerce – 2 counts)
18 U.S.C. § 2113(d) (armed bank robbery – 1 count)
18 U.S.C. § 924(c)(1)(A)(ii) (using, carrying, and brandishing a firearm during and in relation to a crime of violence –
2 counts)
Notices of forfeiture