UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | Criminal No. 24-224 |
| | : | |
| Albi Furxhiu | : | |

**ORDER**

AND NOW, to wit, this        day of  , 2024, upon consideration of the defendant's Response to Government Detention Motion, it is hereby ORDERED AND DECREED that the defendant be released from custody. Defendant is to be released with the following conditions:

　i.　Defendant is released on bail in the amount of $1,000,000.00 secured by properties listed in the defendant's response;

　ii.　Defendant is placed on home incarceration with electronic monitoring at 1902 South Jessup Street;

　iii.　Defendant shall report as directed to Pretrial services;

　iv.　Defendant shall attend mental health services and addiction services under the guidance and supervision of Pretrial Services;

　v.　Defendant shall submit to random drug testing as directed by Pretrial Services;

　vi.　Defendant shall refrain from excessive use of alcohol or from any use of narcotic drug or other controlled substance;

　vii.　Defendant shall undergo drug/alcohol treatment if necessary as determined by Pretrial service;

ix. Defendant shall not apply for or renew a United States passport;

x. Travel is restricted to the Eastern District of Pennsylvania

xi. Defendant shall surrender and/or refrain from obtaining any firearms;

xii. Defendant shall have no contact with co-defendants, potential witnesses in this case or individuals engaged in any criminal activity.

BY THE COURT:

_____

J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 24-224 |
| | : | |
| Albi Furxhiu | : | |

Response to Government Detention Motion

The Defendant is a single parent of two young children (5 and 8 years old) since the tragic suicide death of the childrens' mother approximately two years ago. He has a very good work history and previously owned a popular and successful restaurant in South Philadelphia. He has no criminal convictions. He has strong ties to Philadelphia and a very supportive family.

The Defendant was arrested by Philadelphia Police on March 14, 2024. At the first preliminary hearing listing on April 1, 2024, bail was reduced and the Defendant was released to house arrest. On April 2, the Defendant's bail was posted and on April 24, he was released to house arrest.

Notably while on house arrest the Defendant appeared in court as directed, did not engage in criminal behavior and fully complied with house arrest. Counsel spoke to the Defendant's house arrest supervisor who stated that the Defendant presented himself very well at all in-person meetings and exhibited very good behavior while on supervision. Additionally, while on house arrest the defendant was getting help; he sought and received assistance for mental health, substance abuse, gambling addiction treatment.

The Defendant's family will post the following properties, the value of which exceeds $1 million, to ensure his appearance in court and his compliance with all conditions of release:

1. 2843 South Warnock Street, Philadelphia, PA;
2. 217 Tasker Street, Philadelphia, PA;
3. 1540 Down Street, Media, PA;
4. 1520 McKean Street, Philadelphia, PA;
5. 2833 South Warnock Street, Philadelphia, PA;
6. 2848 South Alder Street, Philadelphia, PA;
7. 934 Mountain Street, Philadelphia, PA;
8. 1902 South Jessup Street, Philadelphia, PA.

It is doubtful that Mr. Furxhiu would flee or violate any condition of release and thereby risk forfeiture and eviction for many of his family and friends.

Based upon all of the above, including the offense conduct, the Defendant's character and background and the Defendant's proposed release conditions, the Defendant has overcome the statutory presumption of detention and he should be released with the following conditions:

i. Defendant is released on bail in the amount of $1,000,000.00 secured by the above listed properties;

ii. Defendant is placed on home incarceration with electronic monitoring at 1902 South Jessup Street;

iii. Defendant shall report as directed to Pretrial services;

iv. Defendant shall attend mental health services and addiction services under the guidance and supervision of Pretrial Services;

v. Defendant shall submit to random drug testing as directed by Pretrial Services;

vi. Defendant shall refrain from excessive use of alcohol or from any use of narcotic drug or other controlled substance;

vii.    Defendant shall undergo drug/alcohol treatment if necessary as determined by Pretrial service;

ix.    Defendant shall not apply for or renew a United States passport;

x.    Travel is restricted to the Eastern District of Pennsylvania

xi.    Defendant shall surrender and/or refrain from obtaining any firearms;

xii.    Defendant shall have no contact with co-defendants, potential witnesses in this case or individuals engaged in any criminal activity.

Wherefore, it is respectfully requested that this Court grant release for the reasons stated.

Respectfully submitted:

**/S/ Gregory J. Pagano**
GREGORY J. PAGANO, ESQUIRE
Attorney for Defendant, Albi Furxhiu
1315 Walnut Street, 12th Fl.
Philadelphia, PA 19107
215-636-0160

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | Criminal No. 24-224 |
| | : | |
| Albi Furxhiu | : | |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Pretrial Release has been served upon A.U.S.A. Nicholas Freeman via the Court's Electronic Filing System.

_____/s/_____
GREGORY J. PAGANO, ESQUIRE