IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

ALBI FURXHIU,

           Defendant.

CRIMINAL ACTION
NO. 24-224

# ORDER

**AND NOW**, this 31st day of July 2024, upon consideration of Defendant Albi Furxhiu's Appeal of the United States Magistrate Judge Carol Wells' Order of Detention Pending Trial (Doc. No. 14), the Government's Response in Opposition (Doc. No. 15), the presentations at the hearing held on July 17, 2024 on the Appeal (Doc. No. 21), and in accordance with the Opinion of this Court issued this day, it is **ORDERED** that Magistrate Judge Wells' Order of Detention Pending Trial (Doc. No. 13) is **VACATED**.  It is **FURTHER ORDERED** that Defendant Albi Furxhiu be released pending trial with the following conditions of release:

1. Defendant is released on bail in the amount of $250,000 to be secured by real property with a net fair market value of $250,000.[1]

2. Defendant shall report to U.S. Pretrial Services as directed by Pretrial Services.

3. Defendant shall submit to random drug testing as directed by Pretrial Services.

4. Defendant shall refrain from excessive use of alcohol or from any use or unlawful possession of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substance Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.

5. Defendant shall undergo drug/alcohol/gambling treatment if necessary as determined and directed by Pretrial Services.

---

[1] As discussed in the Opinion, Defendant's family has offered to post eight (8) properties to secure his bail.  Because Defendant's bail will be set at $250,000, Defendant's family need only post as many properties as necessary to cover the overall amount of $250,000.

6. Defendant shall submit to location monitoring at the following address: 1902 South Jessup Street Philadelphia, PA 19148.

7. Upon Defendant's release from detention, Pretrial Services will attach a location monitoring bracelet on Defendant and any necessary equipment inside of his residence.

8. Defendant shall be restricted to **Home Detention**. He will be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

9. Defendant shall surrender his passport to the Clerk of Court.

10. Travel is restricted to the Eastern District of Pennsylvania.

11. Defendant must surrender his passport and refrain from applying for an additional passport.

12. Defendant shall surrender and/or refrain from obtaining or possessing any firearms or other weapons. Any other firearms in any premises where Defendant resides while under supervision must be removed from the premises and no firearms are to be brought into the premises during this period. Defendant shall execute a completed Probation on Possession of Firearms Agreement.

13. Defendant shall have no contact with codefendants, potential witnesses or victims in this case, or individuals engaged in criminal activity.

14. Defendant must reside at: 1902 South Jessup Street Philadelphia, PA 19148 with his parents: Yilka and Andon Furxhiu and Defendant's two children.

15. Defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

16. Any violation of the conditions of release shall result in revocation of bail, and imprisonment, pending trial.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.